**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 97-30760
Summary Calendar

_____

STEVE DURKIN,

Plaintiff-Appellant,

VERSUS

STATE FARM MUTUAL INSURANCE COMPANY,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
(96-CV-2577)

_____

April 3, 1998

Before KING, HIGGINBOTHAM and DAVIS, Circuit Judges.

PER CURIAM:[*]

For reasons assigned by the district court in its thorough
order and reasons entered June 27, 1997, the judgment of the
district court is AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.